DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

ORIGINAL

FILED
AUG 2 0 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
PATRICIA A CANCILLER ) Case No. 04-50606 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, FRANK C SIMMONS ESQ in the above entitled matter was returned marked: RETN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $23.70 as an unclaimed dividend.

    Claim # 19    FRANK C SIMMONS ESQ
                     10933 TRADE CENTER DR #100
                     RANCHO CORDOVA, CA 95670

Dated: August 18, 2009

                                             DEVIN DERHAM-BURK, TRUSTEE



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

NIXIE        957       DE 1          00 04/19/09

             RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD

BC: 95150001913     *1956-09101-15-41

TO THE ORDER OF:
FRANK G SIMMONS ESQ
10933 TRADE CENTER DR #100
RANCHO CORDOVA, CA 95670

Case: 04-50606, Doc# 46, Filed: 08/20/09, Entered: 08/27/09 16:03:45 Page 2 of 2